IRISH FREE STATE et al., Respondents, *v.* EAMONN DE VALERA et al., Appellants, Impleaded with Others.

*Appeal — intermediate order — appeal therefrom without permission dismissed.*

*Irish Free State* v. *Guaranty Safe Deposit Co.;* 210 App. Div. 848, appeal dismissed.

(Argued January 21, 1925; decided January 27, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 14, 1924, which reversed an order of Special Term granting a motion

40

for an allowance out of a trust estate for expenses and counsel fees.

The motion was made upon the ground that the order appealed from was intermediate and that permission to appeal had not been obtained.

*William C. Cannon* and *Frederick W. Girdner* for motion.

*Martin Conboy, David Asch* and *Frank P. Walsh* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.